FILED - SOUTHERN
CLERK, U.S. DISTRICT COURT
AUG 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MINH T. TRAN,<br><br>    Petitioner,<br><br>    v.<br><br>R. GROUND, Warden,<br><br>    Respondent. | Case No. CV 10-7026-DDP (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: August 21, 2012

_____
Dean D. Pregerson
United States District Judge

1