FILED - SOUTHERN
CLERK, U.S. DISTRICT C...
AUG 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MINH T. TRAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. GROUND, Warden,<br><br>　　　　Respondent. | Case No. CV 10-7026-DDP (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: August 21, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dean D. Pregerson
　　　　　　　　　　　　　　　　　United States District Judge

1