JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MINH T. TRAN,

   Petitioner,

   v.

R. GROUND, Warden,

   Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 10-7026-DDP (MLG)

JUDGMENT

  IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 21, 2012

Dean D. Pregerson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1