JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MINH T. TRAN,<br><br>    Petitioner,<br><br>    v.<br><br>R. GROUND, Warden,<br><br>    Respondent. | Case No. CV 10-7026-DDP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 21, 2012

_Dean D. Pregerson_
Dean D. Pregerson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

1